Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JUN - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HERBERT BRUCE LEMONT,            ) No. CV 08-3447-SGL (PJW)
                                 )
              Petitioner,        )
                                 ) J U D G M E N T
         v.                      )
                                 )
ROBERT A. HOREL, WARDEN,         )
                                 )
              Respondent.        )
_____)

Pursuant to the Order issued this day,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed.

DATED: 6-3-08

                                    /s/ S. Larson
                                    _____
                                    STEPHEN G. LARSON
                                    UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\LEMONT, H 3447\Judgment.wpd